**IT IS ORDERED as set forth below:**



**Date: June 16, 2015**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14-70737-CRM |
| **REGINA H. SMITH,** ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| _____ ) | JUDGE C. RAY MULLINS |
| ) | |
| **REGINA H. SMITH,** ) | |
| Objector, ) | CONTESTED MATTER |
| vs. ) | Claim number: 7 |
| ) | |
| **Cavalry SPV I, LLC,** | |
| Claimant. | |

ORDER

This matter having come before the Court, and the Court finding that the Objection to Proof of Claim is sustained, the Court finds as follows:

WHEREAS, Cavalry SPV I filed a proof of claim in the amount of $636.30 on February 26, 2015;

WHEREAS, the Debtor filed an Objection to Proof of Claim filed by Cavalry SPV I,

1

LLC;

WHEREAS, this matter came before this Court on June 2, 2015 and Claimant Cavalry SPV I, LLC did not appear or oppose the Objection;

WHEREAS the Court having considered the Objection and for good cause shown, accordingly, it is hereby

ORDERED that the claim 7 filed by CAVALRY SPV I is hereby DISALLOWED.

**END OF DOCUMENT**

Order Prepared and Submitted By:

/s/ Elaine Poon
Elaine Poon
Georgia Bar No. 321308
Attorney for Debtor
ATLANTA LEGAL AID SOCIETY, INC.
Senior Citizens Law Project
54 Ellis Street, NE
Atlanta, GA 30303
Te: (404) 614-3947
Fax: (404) 525-5710

Consented to by:

 /s/ *Julia M. Anania*
Julie M. Anania
Staff Attorney for Nancy J. Whaley, Standing Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave
Atlanta, GA 30303
Ph. 678-992-1201
Fax. 678-992-1202

## DISTRIBUTION LIST

Elaine Poon
ATLANTA LEGAL AID SOCIETY, INC.
Senior Citizens Law Project
151 Spring Street, NW
Atlanta, GA 30303

Ms. Nancy Whaley
c/o Julia Anania
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Susan Karder
Cavalry SPV I
c/o Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite 200
Tuscon, AZ 85712